IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT W. HASSETT III,

                    Plaintiff,

     v.

KRISTIN H. SCOTT and VITAL
CORE HEALTH STRATEGIES
LLC,

             Defendants.

Civil Action No. 24-933

---

## ORDER

WHEREAS Defendants Kristin H. Scott and Vital Core Health Strategies LLC have filed objections to the Report and Recommendation issued by the Magistrate Judge on July 21, 2026 (D.I. 52), D.I. 53;

WHEREAS the Magistrate Judge recommended denying Defendants' Motion to Dismiss (D.I. 35) and denying as moot Plaintiff Robert W. Hassett III's Motion to Present Facts/Evidence Against Defendant's Motion to Dismiss and to Proceed to Jury Trial (D.I. 39);

WHEREAS this Court's Standing Order for Objections Filed Under Fed. R. Civ. P. 72 (Mar. 7, 2022) requires a party that files objections to a Report and Recommendation to submit with its objections "a written statement either certifying that the objections do not raise new legal/factual arguments, or identifies

the new arguments and describes the good cause for failing to previously raise the new legal/factual arguments before the Magistrate Judge";

WHEREAS Defendants failed to file a written statement that complies with this requirement.

Now therefore, at Wilmington on this Tenth day of August 2026, it is HEREBY ORDERED that:

1. Defendants' objections to the Magistrate Judge's Report and Recommendation (D.I. 53) are OVERRULED;

2. Defendants' Motion to Dismiss (D.I. 35) is DENIED;

3. Plaintiff's Motion to Present Facts/Evidence Against Defendant's Motion to Dismiss and to Proceed to Jury Trial (D.I. 39) is DENIED AS MOOT; and

4. Defendants shall answer the Complaint by September 9, 2026.

_____
CHIEF JUDGE